# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

STEVEN ROGERS,

    Plaintiff,

v.                                            CASE NO. 5:12-cv-00151-MP-CJK

APALACHEE CORRECTIONAL
INSTITUTION, et al.,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 24, 2012. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This cause is DISMISSED without prejudice for plaintiff's failure to prosecute and failure to comply with orders of the court.

**DONE AND ORDERED** this  *23rd* day of October, 2012

                                                    *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge